UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOURDES RUIZ,

                    Plaintiff,

      v.                                             No. 1:20-cv-07638-GWG

COMMISSIONER OF SOC. SEC.,

                    Defendant.

WHEREAS, on March 2, 2022, Defendant filed a notice of motion for judgment on the pleadings with an incorrect caption (Docket Entry No. 30);

WHEREAS, Defendant seeks to withdraw the motion for judgment on the pleadings filed on March 2, 2022;

WHEREAS, Defendant filed a notice of motion for judgment on the pleadings with the correct caption on March 3, 2022 (Docket Entry 32);

IT IS HEREBY ORDERED that Defendant's motion for judgment on the pleadings filed on March 2, 2022 (Docket Entry No. 30) be stricken from the record.

Dated:  New York, New York
        March 3, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate District Court
March 3, 2022