**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LOURDES RUIZ,

                    Plaintiff,                    20 **CIVIL** 7638 (GWG)

      -v-                                        **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 6, 2022, Ruiz's motion for judgment on the pleadings is denied, and the Commissioner's cross-motion for judgment on the pleadings is granted.

**Dated:**  New York, New York
           September 7, 2022

                                                                 **RUBY J. KRAJICK**

                                                            _____
                                                                    **Clerk of Court**

                                       **BY:**     *K. Mango*

                                                             _____
                                                                    **Deputy Clerk**